ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARREN HEYMAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER, RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA MOLL-CAIN; AND DOES I - X INCLUSIVE,<br><br>Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441 - FEDERAL QUESTION |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

**PLEASE TAKE NOTICE** that Defendants, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("**University**" or "**UNLV**"), Neal Smatresk ("**Smatresk**"), Donald Snyder ("**Snyder**"), Stowe Shoemaker ("**Shoemaker**"), Rhonda Montgomery ("**Montgomery**"), Curtis Love ("**Love**"), Sarah Tanford ("**Tanford**"), Phillip Burns ("**Burns**"), Kristin Malek ("**Malek**"), and Lisa Moll-Cain

("**Moll-Cain**") (collectively "**Defendants**"), hereby removes the state court action described below to the United States District Court for the District of Nevada. In support of this removal, Defendants state the following:

1. Served Defendants have been named as parties in a case commenced by Darren Heyman ("**Plaintiff**") on May 11, 2015, in the Eighth Judicial District Court for the State of Nevada, identified by Case No. A-15-718189-C (the "**State Court Action**"). On June 10, 2015, Plaintiff filed an Amended Complaint in the State Court Action wherein he added two new claims, one of which falls under federal law. A true and correct copy of the *Amended Complaint* filed in the State Court Action is attached as **Exhibit A**.

2. Plaintiff, in his complaint, alleges sexual harassment under Title IX of the Education Amendments Act of 1972 ("**Title IX**"), as amended, along with Nevada Fair Employment Practices Act – Sexual Harassment, as amended. Plaintiff also alleges, thirteen (13) pendent state law claims i.e. defamation, invasion of privacy, civil conspiracy, concert of action, intentional infliction of emotional distress, breach of contract, breach of implied covenant of good faith and fair dealing – contractual breach, breach of the implied covenant of good faith and fair dealing – tortious breach, constructive fraud, deceit or misrepresentation, detrimental reliance, fraud in the inducement, and fraud/intentional misrepresentation.

3. Pursuant to Nev. Rev. St. §41.031(a)(b), service of the Summons and Complaint on UNLV must be served on the Attorney General's Office in Carson City **and** the Chancellor of the Nevada System of Higher Education. On May 13, 2015, the Chancellor's Office was served with the Summons and Original Complaint. A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit B**. The Attorney General's Office was served with the Summons and Original Complaint on May 21, 2015. A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit C**. Defendant Moll-Cain was served with the Summons and Complaint on May 13, 2015. A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit D**. Defendant Malek was served with the Summons and Complaint on May 15, 2015. A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit E**. Defendants Burns, Tanford, Montgomery, and Snyder were served with the Summons and Complaint on May 15,

2015.  A true and correct copies of the Affidavit of Services are attached hereto as **Exhibit F**.  Defendants Love and Shoemaker were served with the Summons and Complaint on May 18, 2015.  A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit G**.  Defendant Smatresk was served with the Summons and Complaint on May 19, 2015.  A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit H**.

On June 10, 2015, Defendants were served with Plaintiff's Amended Complaint wherein for the first time federal jurisdiction was raised.  A true and correct copy of the Affidavit of Service is attached hereto as **Exhibit I**.

All named Defendants join in this Notice of Removal.

4. No other proceedings have taken place in the State Court Action.

5. Defendants respectfully submit that this Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. §1331, in that this is an action arising under federal statute and/or the United States Constitution.  Therefore, pursuant to 28 U.S.C. §1441 (a)-(b), the Defendants are entitled to remove this action to this Court.  Additionally, this Honorable Court has jurisdiction over the pendent state law claims pursuant to 28 U.S.C. §1441(c); 28 U.S.C. §1367.

6. This Court is the proper venue based upon the allegations within Plaintiff's complaint pursuant to 28 U.S.C. §1441(a), which provides, in pertinent part, the following:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).

8. A true and correct file stamped copy of this Notice of Removal will be filed in the State Court Action.

. . .

. . .

. . .

3

Based upon the foregoing, Defendants remove the attached action, to this Court.

DATED: <u>JUNE 29, 2015</u>.

/S/ DEBRA L. PIERUSCHKA
ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the <u>29TH day of JUNE, 2015</u>, I served the foregoing **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441 – FEDERAL QUESTION** via both electronic service pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, and U.S. Mail, postage prepaid on this date and to the address(es) shown below:

Darren Heyman
830 Carnegie St. #1324
Henderson, NV 89052
Telephone: (702) 576-8122
Facsimile: (702) 977-8890
*Plaintiff, in pro se*

*[signature]*
An employee of the Office of General Counsel
University of Nevada, Las Vegas

4