# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN HEYMAN, )<br>        )<br>        Plaintiff, )<br>        )<br>vs. )<br>        )<br>STATE OF NEVADA EX REL. BOARD OF )<br>REGENTS OF THE NEVADA SYSTEM OF )<br>HIGHER EDUCATION ON BEHALF OF )<br>UNIVERSITY OF NEVADA, LAS VEGAS, et al. )<br>        )<br>        Defendants. )<br>        ) | Case No. 2:15-cv-01228-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Permission for Electronic Case Filing (#5), filed on July 8, 2015. Plaintiff Darren Heyman requests permission to file all future pleadings electronically through the Court's CM/ECF filing system. The Court will allow Plaintiff to file future documents electronically only after Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission for Electronic Case Filing (#5) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **August 10, 2015**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

     c.     Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 10th day of July, 2015.

                                                    _____
                                                    GEORGE FOLEY, JR.
                                                    United States Magistrate Judge