1 Darren Heyman
830 Carnegie St. #1324
2 Henderson, NV 89052
Telephone: (702) 576-8122
3 Facsimile: (702) 977-8890
E-mail: Darren.Heyman@Gmail.com
4 *Pro Se Plaintiff*

5 Debra L. Pieruschka
Assistant General Counsel
6 University of Nevada, Las Vegas
4505 S. Maryland Parkway, Box 451085
7 Las Vegas, NV 89154-1085
8 Telephone: (702) 895-5185
Facsimile: (702) 895-5299
9 E-mail: Darren.Heyman@Gmail.com
*Attorney for Defendants*
10

FILED _/_  RECEIVED ___
ENTERED ___  SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUL 1 7 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

11              UNITED STATES DISTRICT COURT
12                   DISTRICT OF NEVADA
13 DARREN HEYMAN,
14          an individual,
15          Plaintiff,
16 vs.                                    CASE NO.: 2:15-CV-01228-RFB-GWF
17
18 THE STATE OF NEVADA EX REL.
BOARD OF REGENTS OF THE NEVADA
SYSTEM OF HIGHER EDUCATION ON          STIPULATION AND PROPOSED
19 BEHALF OF THE UNIVERSITY OF NE-        ORDER FOR PLAINTIFF'S
VADA, LAS VEGAS; NEAL SMATRESK;        EXTENSION OF TIME TO FILE A
20 DONALD SNYDER; STOWE SHOE-             RESPONSE TO DEFENDANTS'
MAKER; RHONDA MONTGOMERY;              MOTION TO DISMISS
21 CURTIS LOVE; SARAH TANFORD;            (FIRST REQUEST)
22 PHILLIP BURNS; KRISTIN MALEK;
LISA MOLL-CAIN; AND DOES I - X IN-
23 CLUSIVE,
24          Defendants.
25

26 Plaintiff, Darren Heyman, and Defendants, The State of Nevada ex rel. Board of Regents of the
27
Nevada System of Higher Education on behalf of the University of Nevada; Neal Smatresk; Don-
28
ald Snyder; Stowe Shoemaker; Rhonda Montgomery; Curtis Love; Sarah Tanford; Phillip Burns;

Kristin Malek; and Lisa Moll-Cain (together "UNLV"), pro se and by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1, hereby respectfully submit this stipulation and proposed order for Plaintiff's first request for an extension of time to file a response to Defendants' Motion to Dismiss (Dkt. 11, hereinafter "Motion to Dismiss"). On July 14, 2015, Defendants UNLV, filed their Motion to Dismiss (Dkt. 11.) Per the Local Rules of this Court, Plaintiff's deadline to respond to the Motion to Dismiss is July 28, 2015. *See* LR 7-2(b) (providing 14 days to file memorandum of points and authorities in opposition to a motion). Plaintiff is taking the Nevada bar exam on July 28, 29, and 30, 2015.

The Parties hereby stipulate that Plaintiff Darren Heyman has until 5pm, August 14, to file a Response to Defendants' Motion to Dismiss.

Dated this 17th day of July, 2015.                Respectfully submitted:

By: _____
DARREN HEYMAN
*pro se* Plaintiff

Dated this 16th day of July, 2015.                Respectfully submitted:

By: /s/ Debra L. Pieruschka
DEBRA L. PIERUSCHKA
Attorney for Defendants

## ORDER

**IT IS SO ORDERED**

Dated this 22nd day of July, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge