ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARREN HEYMAN, | CASE NO.: 2:15-CV-1228-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY FED. R. CIV. P. 26(f) CONFERENCE** |
| THE STATE OF NEVADA EX REL. BOARD OF REGENTS FOR THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER, RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA MOLL-CAIN; AND DOES I - X INCLUSIVE, | **[First Request]** |
| Defendants. | |

Plaintiff, Darren Heyman, *pro se*, and Defendants, the State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas ("**University**" or "**UNLV**"), Neal Smatresk ("**Smatresk**"), Donald Snyder ("**Snyder**"), Stowe Shoemaker ("**Shoemaker**"), Rhonda Montgomery ("**Montgomery**"), Curtis Love ("**Love**"), Sarah Tanford ("**Tanford**"), Phillip Burns ("**Burns**"), Kristin Malek ("**Malek**"), and Lisa Moll-Cain ("**Moll-Cain**") (collectively "**Defendants**"), by and through counsel, Debra L.

1 Pieruschka, Esq., Assistant General Counsel, University of Nevada, Las Vegas, Office of General
2 Counsel, hereby agree and stipulate to the following:

3     1. Plaintiff's Complaint has fourteen (14) causes of action against ten (10) different Defendants, some of which reside outside the State of Nevada. [**Dkt. #1-1**]. On July 13, 2015, Defendants filed a Motion to Dismiss seeking to dismiss Plaintiff's Complaint in totality; or at minimum, dismiss certain Defendants and specific claims. Additionally, Plaintiff has filed a Motion to Amend his Complaint [**Dkt. #19**] that is also pending before the Court. Thus, the Parties seek to continue the Rule 26(f) conference until after the Court issues its decision of the Defendants' Motion to Dismiss [**Dkt. #9**];

    2. That within 30 days from the date of the Court's decision of the Motion to Dismiss [**Dkt. #9**], the parties shall meet and confer; and within 45 days from the decision of the Motion to Dismiss [**Dkt. #9**] the parties shall submit a proposed discovery plan and scheduling order which complies with LR 26-1(e); and

    3. To stay discovery pending a decision on the Motion to Dismiss [**Dkt. #9**].

Date:   September 14, 2015          Date:   September 14, 2015

By:   /S/ DEBRA L. PIERUSCHKA        By:   /S/ DARREN HEYMAN
DEBRA L. PIERUSCHKA                   830 Carnegie St. #1324
Assistant General Counsel                 Henderson, NV 89052
Nevada Bar No. 10185                     Telephone: (702) 576-8122
UNIVERSITY OF NEVADA, LAS VEGAS       Facsimile: (702) 977-8890
4505 S. Maryland Parkway, Box 451085        *Plaintiff, in pro se*
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

. . .
. . .
. . .
. . .
. . .
. . .

**ORDER**

Based on the foregoing Stipulation of the parties,

**IT IS ORDERED** that:

1. The Rule 26(f) conference be continued until after the Court issues its decision on the Defendants' Motion to Dismiss. [**Dkt. #9**];

2. That the parties shall within 30 days from the date of the Court's decision of the Motion to Dismiss [**Dkt. #9**], meet and confer; and within 45 days from the decision of the Motion to Dismiss [**Dkt. #9**], the parties shall submit a proposed discovery plan and scheduling order which complies with LR 26-1(e); and

3. To stay discovery pending a decision on the Motion to Dismiss [**Dkt. #9**].

Date_____September 16_____, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Submitted by:

By:  /S/ DEBRA L. PIERUSCHKA
   DEBRA L. PIERUSCHKA
   Assistant General Counsel
   Nevada Bar No. 10185
   UNIVERSITY OF NEVADA, LAS VEGAS
   4505 S. Maryland Parkway, Box 451085
   Las Vegas, Nevada 89154-1085
   Telephone: (702) 895-5185
   Facsimile: (702) 895-5299
*Attorneys for Defendants*