ADAM PAUL LAXALT
Attorney General
JENNIFER K. HOSTETLER
Chief Deputy Attorney General
Nevada State Bar No. 11994
TYLER J. WATSON
Deputy Attorney General
Nevada State Bar No. 11735
Office of the Attorney General
Personnel Division
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
Phone:  (702) 486-3267
Fax: (702) 486-3773
Email:  jhostetler@ag.nv.gov
Email: twatson@ag.nv.gov
*Attorneys for Defendants State of Nevada ex rel.*
*Board of Regents of The Nevada System of Higher Education*
*on Behalf of the University Of Nevada, Las Vegas;*
*Neal Smatresk; Donald Snyder; Stowe Shoemaker;*
*Rhonda Montgomery; Curtis Love; Sarah Tanford; Phillip Burns;*
*Kristin Malek; Lisa Cain; Debra Pieruschka; and Elda Sidhu*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DARREN HEYMAN, | CASE NO. :  2:15-cv-01228-RFB-GWF |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER; RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA MOLL-CAIN; DEBRA PIERUSCHKA; ELSA SIDHU AND DOES I-X INCLUSIVE, | **STIPULATION AND ORDER TO FILE AMENDED ANSWER TO PLAINTIFF'S AMENDED COMPLAINT (ECF. NO. 28)** |
| Defendants. | |

COME NOW Defendants, STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER; RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA CAIN (erroneously named Lisa Moll-Cain); DEBRA PIERUSCHKA; and ELDA

*Office of the Attorney General*
*555 East Washington Avenue, Suite 3900*
*Las Vegas, Nevada 89101*

SIDHU, by and through their counsel, Adam Paul Laxalt, Nevada Attorney General, and Tyler J. Watson, Senior Deputy Attorney, and Plaintiff, DARREN HEYMAN, hereby stipulate that Defendants' shall have thirty (30) days from entry of this Order to file an Amended Answer to Plaintiff's First Amended Complaint (ECF. No. 28) in response to the allegations previously objected to under FRCP 12(f).

DATED this 29th day of July, 2016                    DATED this 29th day of July, 2016

ADAM PAUL LAXALT
Attorney General

By:   /s/  Tyler J. Watson                              /s/ Darren Heyman
      Jennifer K. Hostetler                          Darren Heyman
      Chief Deputy Attorney General                 830 Carnegie St. #1324
      Nevada State Bar No. 11994                     Henderson, NV 89052
      Tyler J. Watson                                Plaintiff in proper person
      Senior Deputy Attorney General
      Nevada State Bar No. 11735
      Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this __1st__ day of _____August_____, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

*Office of the Attorney General*
*555 East Washington Avenue, Suite 3900*
*Las Vegas, Nevada 89101*