# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN HEYMAN,

    Plaintiff,

vs.

STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al.

    Defendant.

Case No. 2:15-cv-01228-RFB-GWF

**ORDER**

This matter is before the Court on Defendant Rhonda Montgomery's Emergency Motion to Stay (ECF No. 169), filed on August 30, 2017.

Plaintiff filed his second motion to compel (ECF No. 165) on August 4, 2017. Defendant's counsel represents that he was recently retained to represent Defendant Montgomery. Defendant requests a stay of the proceedings and a new briefing schedule to allow Defendant an opportunity to respond to Plaintiff's second motion to compel. The Court finds good cause to grant Defendant's request to stay the disposition of Plaintiff's second motion to compel as to Defendant Montgomery. Defendant shall have until September 8, 2017 to file an opposition to Plaintiff's second motion to compel. Plaintiff shall have until September 15, 2017 to file a reply. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rhonda Montgomery's Emergency Motion to Stay (ECF No. 169) is **granted,** in part.

**IT IS FURTHER ORDERED** that Defendant shall have until **September 8, 2017** to file an opposition to Plaintiff's second motion to compel. Plaintiff shall have until **September 15, 2017** to file a reply.

DATED this 31st day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge