# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN HEYMAN,

    Plaintiff,

vs.

STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al.

    Defendant.

Case No. 2:15-cv-01228-RFB-GWF

**ORDER**

This matter is before the Court on Defendant Rhonda Montgomery's First Ex Parte Motion to Extend Time (ECF No. 170), filed on August 31, 2017. Also before the Court is Defendant Montgomery's Second Ex Parte Motion to Extend Time to Oppose Plaintiff's Motion to Compel (ECF No. 173), filed on September 1, 2017. Defendant requests an extension to file her opposition to Plaintiff's motion to compel. On August 31, 2017, the Court granted, in part, Defendant's motion to stay and set Defendant Montgomery's opposition to Plaintiff' motion to compel deadline to September 8, 2017. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Rhonda Montgomery's First Ex Parte Motion to Extend Time (ECF No. 170) and her Second Ex Parte Motion to Extend Time to Oppose Plaintiff's Motion to Compel (ECF No. 173) are **denied** as moot.

DATED this 7th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge