**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendant Rhonda Montgomery

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARREN HEYMAN,<br>Plaintiff.<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER; RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA MOLL-CAIN; DEBRA PIERUSCHKA; ELSA SIDHU and DOES I-X, inclusive,<br><br>Defendants. | Case Number:<br>2-15-cv-01228-RFB-GWF<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT RHONDA MONTGOMERY** |

The law firm of Marquis Aurbach Coffing is hereby substituted as counsel of record for Defendant Rhonda Montgomery, in the above-entitled action, in place and instead of Mulliner Law Group Chtd.

Dated this 21 day of August, 2017.

Rhonda Montgomery

/ / /

/ / /



MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

I hereby CONSENT to the above and foregoing substitution.

Dated this 1st day of ~~August~~ September 2017

MULLINER LAW GROUP CHTD.

By: ____________________
Timothy R. Mulliner, Esq.
Nevada Bar No. 10692
101 Convention Center Dr., Ste. 650
Las Vegas, Nevada 89109

I hereby ACCEPT the above and foregoing substitution as attorney for Defendant Rhonda Montgomery in the above-entitled action.

Dated this 5 day of ~~August~~ Sept., 2017.

MARQUIS AURBACH COFFING

By ____________________
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Montgomery

IT IS SO ORDERED:

____________________
UNITED STATES MAGISTRATE JUDGE
DATED: 9/7/2017

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816