# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN HEYMAN,

    Plaintiff,

vs.

STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al.

    Defendant.

Case No. 2:15-cv-01228-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel Clerk to Sign Subpoenas (ECF No. 178), filed on September 7, 2017.

Plaintiff represents that the Clerk's Office refused to issue subpoenas at Plaintiff's request because Plaintiff did not first obtain the Court's consent. Plaintiff argues that he is not required to obtain a court order prior to the issuance of the subpoenas because this is a civil case and LR 17-1(d) does not apply. The Court agrees. Plaintiff is appearing pro se and is not proceeding in this case *in forma pauperis*. Plaintiff, therefore, does not need to obtain the Court's approval for the issuance of subpoenas and he may obtain subpoenas in accordance with the Federal Rules of Civil Procedure. Nothing in this order is intended to otherwise validate any subpoena. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Clerk to Sign Subpoenas (ECF No. 178) is **granted**.

DATED this 2nd day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge