| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 19 2017 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DARREN HEYMAN,

        Plaintiff-Appellant,

 v.

STATE BAR OF NEVADA, ex rel on behalf of Board of Regents of the Nevada System of Higher Education on behalf of University of Nevada, Las Vegas; et al.,

        Defendants-Appellees.

No.   17-17343

D.C. No.
2:15-cv-01228-RFB-GWF
District of Nevada,
Las Vegas

ORDER

Before:  TASHIMA, PAEZ, and IKUTA, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule).  Consequently, this appeal is dismissed for lack of jurisdiction.

    **DISMISSED**.

MF/Pro Se