UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DARREN HEYMAN, | Case No. 2:15-cv-1228-RFB-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al., | |
| Defendants. | |

This matter is before the Court on Defendant Montgomery's Motion to Remove Attorney from Service List (ECF No. 348), filed on May 1, 2018.

Defendant requests that Brianna Smith, Esq. be removed as attorney of record for Defendant Montgomery. Defendant represents that Ms. Smith is no longer associated with the law firm of Marquis Aurbach Coffing. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Montgomery's Motion to Remove Attorney from Service List (ECF No. 348) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Brianna Smith, Esq. from the CM/ECF service list in this case.

Dated this 2nd day of May, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE