# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Darren Heyman

               Plaintiff,

v.

State of Nevada, et al.

               Defendants.

JUDGMENT IN A CIVIL CASE
for Attorney Fees

Case Number: 2:15-cv-01228-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of Rhonda Montgomery against Darren Heyman. Plaintiff shall pay the amount of $1,408.00 to Defendant Montgomery.

| 8/9/18 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

/s/ A. Reyes
Deputy Clerk