# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN HEYMAN, | Case No.: 2:15-cv-1228-APG-GWF |
| Plaintiff | **Order Denying Plaintiff's Emergency Motion to Stay Proceedings** |
| v. | [ECF No. 409] |
| STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al., | |
| Defendants | |

Plaintiff Heyman filed an emergency motion to stay these proceedings while I consider the pending appeals. ECF No. 409. Although I was recently assigned to this case, I see no reason to stay the proceedings. However, because the deadline Magistrate Judge Foley previously set for Heyman to provide a proper HIPPA release (*see* ECF No. 405) is today, I will extend that deadline two days so Heyman can comply without further sanctions.

IT IS THEREFORE ORDERED that the plaintiff's Emergency Motion to Stay Proceedings **(ECF No. 409) is denied**. Heyman has until 5:00 pm on Friday November 2, 2018 to provide the defendants with the proper HIPPA release as ordered by Magistrate Judge Foley (*see* ECF No. 405) before further sanctions are imposed.

DATED this 31st day of October, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE