# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DARREN HEYMAN,

    Plaintiff

v.

STATE OF NEVADA EX REL. BOARD OF
REGENTS OF THE NEVADA SYSTEM OF
HIGHER EDUCATION ON BEHALF OF
UNIVERSITY OF NEVADA, LAS VEGAS,
et al.,

    Defendants

Case No.: 2:15-cv-01228-APG-GWF

**Order Denying Heyman's Motion to Set
Aside Court's Judgment on Attorney's
Fees**

[ECF Nos. 400, 401]

Plaintiff Darren Heyman moves to set aside this court's judgment on attorney fees. ECF Nos. 400, 401.

Magistrate Judge Foley ordered Heyman to pay $1,408.00 to defendant Montgomery, and a judgment was entered. ECF Nos. 396, 397. Heyman objected to Judge Foley's order, but I overruled that objection and affirmed the order. ECF No. 424. Heyman's motion to set aside the judgment asserts the same objections that I overruled. The motion does not raise any of the grounds for relief from a final judgment that are set forth in Federal Rule of Civil Procedure 60(b). I therefore deny his motion to set aside.

IT IS THEREFORE ORDERED that plaintiff Darren Heyman's motion to set aside the judgment on attorney's fees **(ECF Nos. 400, 401) is denied.**

IT IS FURTHER ORDERED that plaintiff Heyman shall pay the amount of $1,408.00 as required by Magistrate Judge Foley's rulings **by April 1, 2019.**

DATED this 12th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE