# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DARREN HEYMAN,

    Plaintiff

v.

STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al.,

    Defendants

Case No.: 2:15-cv-01228-APG-DJA

**Order Denying Plaintiff's Emergency Motions to Certify Orders and to Stay Proceedings**

[ECF Nos. 475, 476]

    Plaintiff Darren Heyman has filed two emergency motions. ECF Nos. 475, 476. He wants me to certify some of my prior orders so he can file an interlocutory appeal with the 9th Circuit. In the alternative, he wants me to stay this case so he can seek a writ of mandamus from the 9th Circuit. Mr. Heyman does not offer convincing arguments or facts to justify granting his requested relief.

    I THEREFORE ORDER that Heyman's motion to certify orders **[ECF No. 475]** and his motion to stay these proceedings **[ECF No. 476] are DENIED**.

    DATED this 20th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE