Darren Heyman
6671 Las Vegas Blvd South #D-210
Las Vegas, NV 89119
Telephone: (702) 576-8122
Facsimile: (702) 977-8890
E-mail: Darren.Heyman@Gmail.com
In proper person

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **DARREN HEYMAN,**<br><br>    **an individual,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**THE STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER; RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA CAIN; ELDA SIDHU, DEBRA PIERUSCHKA; AND DOES I - X INCLUSIVE,**<br><br>    **Defendants.** | **CASE NO.: 2:15-CV-01228-APG-DJA**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING PRE-TRIAL ORDER**<br>**(FIRST REQUEST)** |

    Plaintiff Darren Heyman, acting pro se ("Plaintiff") and Defendants State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada and Kristin Malek (collectively "Defendants"), by and through their respective undersigned counsel, and pursuant to FRCP 6(b) and LR IA 6-1, hereby stipulate as follows:

    1. Under the Court's Scheduling Order, the Joint Pretrial Order is due to be filed "within 30 days after the decision(s) on dispositive motions[]." [ECF No. 351].

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING PRE-TRIAL ORDER

1

2. On January 27, 2020, the Court decided Plaintiff's supplemental motion for summary judgment and UNLV's supplemental Motion for Summary Judgment, [ECF No. 474], making the joint pretrial order due February 26, 2020.

3. Good cause exists to extend the filing of the pretrial order by ten days. LR 26-4.

4. Plaintiff requested additional time for the pretrial order in order to go through the thousands of pages of discovery generated in the (almost) five years of litigation, and Defendants' counsel agreed to this extension for the stated purpose.

5. Plaintiff and Defendants' counsel have discussed and agreed to trial dates in the summer of 2020. A brief extension will therefore not impact the expected trial dates.

6. Wherefore Plaintiff and Defendants agree and respectfully request that the Court extend the deadline to file the joint pretrial order to March 9, 2020.

A. Pretrial Order. The last day to file a Joint Pretrial Order: **March 9, 2020**.

**By:** ____/s/ Darren Heyman_____
Darren Heyman
6671 Las Vegas Blvd. S. #D-210
Las Vegas, NV 89119
(702) 576-8122
Darren.Heyman@Gmail.com
*Pro Se Plaintiff*

By: _____/s/ Akke Levin_____
Akke Levin
Senior Deputy Attorney General
Nevada State Bar No. 9102
*Attorneys for Defendants State of Nevada ex. rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Las Vegas and Kristin Malek*

IT IS SO ORDERED.

Dated this the  27th  day of   February  , 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING PRE-TRIAL ORDER

2