# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN HEYMAN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al.,<br><br>    Defendants | Case No.: 2:15-cv-01228-APG-DJA<br><br>**Order Denying Plaintiff's Emergency Motions to Certify Orders and to Stay Proceedings**<br><br>[ECF No. 494] |

Plaintiff Darren Heyman filed a motion to stay this case while he pursued a writ of mandamus from the Ninth Circuit. ECF No. 494.  Today the Ninth Circuit denied his petition for a writ.  Therefore, Heyman's motion to stay these proceedings **[ECF No. 494] is DENIED as moot**.

DATED this 23rd day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE