AARON D. FORD
  Attorney General
STEVE SHEVORSKI (Bar. No. 8256)
  Chief Litigation Counsel
AKKE LEVIN (Bar. No. 9102)
  Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
alevin@ag.nv.gov

*Attorneys for Defendants State of Nevada ex rel.*
*Board of Regents of the Nevada System of Higher Education*
*on Behalf of the University of Nevada, Las Vegas; and*
*Kristin Malek*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARREN HEYMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS; NEAL SMATRESK; DONALD SNYDER; STOWE SHOEMAKER; RHONDA MONTGOMERY; CURTIS LOVE; SARAH TANFORD; PHILLIP BURNS; KRISTIN MALEK; LISA MOLL-CAIN; DEBRA PIERUSCHKA; ELSA SIDHU AND DOES I-X INCLUSIVE,<br><br>                Defendant. | Case No.  2:15-cv-01228-APG-DJA<br><br>**STIPULATION AND ORDER REQUESTING CHANGE OF DATE FOR SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED between Plaintiff Darren Heyman and Defendants State of Nevada ex rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada Las Vegas and Kristin Malek (collectively "Defendants"), by and through their undersigned counsel, as follows:

1. The Court noticed September 22, 2020 as the date to hold the settlement conference. *See* Order (ECF No. 518). The Order requires, in relevant part, the attendance

1  "in person" of a "representative with binding authority to settle this matter up to the full amount of the claim." *Id.* at 1, ll. 24-28.

2. Defendants' tort claim manager is unavailable to remotely attend the settlement conference on September 22.

3. The parties jointly propose the following alternative dates and times so that all the parties and their representatives can attend:

    a. Monday, October 12, 2020, after 11:00 a.m.;

    b. Wednesday, October 14, 2020, between 11:00 a.m. and 3:00 p.m.;

    c. Monday October 19, 2020, after 11:00 a.m.;

    d. Wednesday, October 21, 2020, between 11:00 a.m. and 3:00 p.m.; and

    e. Monday, October 26, 2020, after 11:00 a.m.

4. The parties further stipulate that the confidential settlement statements will not be due until seven days before the rescheduled date set by the Magistrate Judge.

DATED this 1st day of September, 2020.

AARON D. FORD
Attorney General

By: /s/ *Akke Levin*
Akke Levin (Bar. No. 9102)
Senior Deputy Attorney General
Steve Shevorski (Bar No. 8256)
Chief Litigation Counsel
*Attorneys for Defendants*

By: /s/ *Darren Heyman*
Darren Heyman
6671 Las Vegas Blvd., S., #D-210
Las Vegas, NV  89119
*Plaintiff Pro Se*

IT IS SO ORDERED.  The Settlement Conference is hereby continued and reset for **Thursday, October 29, 2020 at 10:00 a.m.** via video conference.  The confidential briefs are due by **noon** on Thursday, October 22, 2020.  All other provisions of the Court's Order (ECF No. 518) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 3, 2020