UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARREN HEYMAN,<br><br>  Plaintiff<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF UNIVERSITY OF NEVADA, LAS VEGAS, et al.,<br><br>  Defendants | Case No.: 2:15-cv-01228-APG-DJA<br><br>**Order Granting Plaintiff's Emergency Motion to Postpone Trial**<br><br>[ECF No. 542] |

Plaintiff Darren Heyman moves to postpone the trial. ECF No. 542.  Due to the continuing COVID-19 pandemic, it will be extremely difficult, if not impossible, to convene a jury trial during the current January 25, 2021 trial stack.  It is not even clear whether this district will resume jury trials by that date.  To save the parties from unnecessarily preparing for trial, I will postpone the trial at this time.

Heyman requests that I delay the trial until "such time as all proposed Nevada resident witnesses are able to safely testify in person at the physical location of this Court." *Id*. at 1.  That request is too vague to grant, as it is unclear when the pandemic will subside, when those witnesses will be vaccinated (if at all), and what other scenarios would be considered safe for witnesses to testify in person at trial.  And, there is no constitutional or statutory right in a civil case for witnesses to testify in person, rather than through a video connection.  Therefore, I will not set a new trial date based on that criteria.  I will, however, set the trial date out a reasonable length of time in hopes that the pandemic will have sufficiently subsided to permit most, if not all, witnesses to testify in person.  I will issue a separate order setting the new trial date.  The

parties are encouraged to confer about accommodations for witnesses to testify remotely if necessary.

I THEREFORE GRANT plaintiff Darren Heyman's motion to postpone the trial in this case (ECF No. 542).

DATED this 10th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE